United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MURRY, | No. C-15-00182 DMR |
| Plaintiff(s), | **ORDER TO SUBMIT COMPLETED IFP APPLICATION** |
| v. | |
| UNITED STATES MINT, | |
| Defendant(s). | |

Plaintiff Claude Murry filed a Complaint and an application for leave to proceed *in forma pauperis* ("IFP") on January 13, 2015. [Docket Nos. 1, 2.] However, Plaintiff's IFP application is incomplete. In response to question no. 2 on the IFP application, which asks for information about money received from various sources, Plaintiff indicated that he receives "SSA" payments, but did not indicate the amount he receives. In response to question 10, which asks "Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?" Plaintiff checked "yes," but failed to list the case name(s) and number(s) of the prior lawsuit(s) and the name of the court in which they were filed.

Therefore, by no later than **February 5, 2015**, Plaintiff shall file a complete IFP application, providing full and complete answers to each question, including those listed above. Failure to comply with this order may result in the denial of Plaintiff's IFP application.

1     IT IS SO ORDERED.

3     Dated: January 20, 2015

