UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MURRY,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES MINT,<br>　　　　Defendant. | Case No. 15-cv-00182-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On January 13, 2015, Plaintiff Claude Murry filed suit in this Court along with anapplication to proceed in forma pauperis ("IFP"). [Docket Nos. 1, 2.] On March 16, 2015, the court granted Plaintiff's IFP application and dismissed his complaint with leave to amend. [Docket No. 14.] The court ordered Plaintiff to file any amended complaint by no later than April 15, 2015. Plaintiff has not filed an amended complaint.

Accordingly, the court ORDERS Plaintiff to respond by April 29, 2015 and explain why this case should not be dismissed for failure to prosecute. Failure to respond by April 29, 201 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
Donna Ryu
United States Magistrate Judge

