United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE MURRY,

    Plaintiff,

  v.

UNITED STATES MINT,

    Defendant.

Case No. 15-cv-00182-DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On April 21, 2015, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than April 29, 2015 explaining why this case should not be dismissed for failure to prosecute. [Docket No. 15.] The Order to Show Cause stated that failure to respond by April 29, 2015 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 13, 2015



Donna M. Ryu
United States Magistrate Judge